## FOURTH DEPARTMENT, AUGUST, 1961

## (August 31, 1961)

In the Matter of RICHARD E. HYBURG, Appellant, v. NORMAN A. ROZLER, Respondent.—

Present—
Williams, P. J., Bastow, McClusky and Henry, JJ.

In the Matter of OWEN F. MANGAN, Appellant, v. JAMES R. LAWLEY et al., Constituting the Board of Elections of Erie County, Respondents, and HENRY J. DE WITT, JR., et al., Respondents.—

Present — Williams, P. J., Bastow, McClusky and Henry, JJ.

In the Matter of CHESTER KOWAL, Respondent, v. CHESTER J. DMOCHOW-SKI, Appellant.—

Present — Williams, P. J., Bastow, McClusky and Henry, JJ.

In the Matter of JOSEPH J. LEENE, Appellant, v. WILLARD K. WILLIAMS et al., as Commissioners of Elections, Respondents.—

Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.